1  John P. Kristensen (SBN 224132)
2  Jesenia A. Martinez (SBN 316969)
   Alejandro Marin (SBN 329185)
3  **KRISTENSEN LLP**
   12540 Beatrice Street, Suite 200
4  Los Angeles, California 90066
5  Telephone: 310-507-7924
   Fax: 310-507-7906
6  *john@kristensenlaw.com*
7  *jesenia@kristensenlaw.com*
   *alejandro@kristensenlaw.com*
8

9  *Attorneys for Plaintiffs*

10         **THE UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
11

12  KATRINA HARRIS, *et al.*          ) Case No.: 5:19-cv-02184-JGB-SP
                                       )
13            Plaintiffs,              )
                                       )
14      vs.                            ) **NOTICE OF SETTLEMENT**
                                       )
15                                     )
    68-444 PEREZ, INC. dba             )
16  SHOWGIRLS, a California            )
    corporation; ABDUL WAHAB           )
17  SHAWKAT, an individual; DOE        )
    MANAGERS 1-3; and DOES 4-          )
18  100, inclusive,                    )
19                                     )
                                       )
20            Defendants.              )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27  _____ )

28

                           **NOTICE OF SETTLEMENT**
                                    **- 1 -**

1    **COME NOW** plaintiffs Katrina Harris, Rebecca Anspach, Karli Beckett,

2    Caitlynn Boles, Crystal Corona, Antonia Crane, Melissa Duran, Rylee Ferguson,

3    Akilah Hammond, Kimberly Hoyer, Mandy Johnson, Alexandra Mantikas,

4    Shanon Nuckols, Vanessa Ruiz, Andjela Suka, and Neli Velazquez (collectively,

5    "Plaintiffs") and inform this Court that Plaintiffs and defendants 68-444 Perez,

6    Inc. dba Showgirls and Abdul Wahab Shawkat (collectively, "Defendants")

7    attended an all-day mediation with Hon. Richard Stone (Ret.) on December 5,

8    2020. At the end of the mediation, Judge Stone offered a Mediator's Proposal and

9    allowed time for Plaintiffs and Defendants to consider the Mediator's Proposal.

10   On December 11, 2020, Judge Stone confirmed that Plaintiffs and Defendants

11   had accepted the Mediator's Proposal and that a settlement was reached.

12       Plaintiffs request that this Court vacate all pending dates and deadlines and

13   allow thirty (30) days within which to file a motion for approval pursuant to the

14   Fair Labor Standards Act.

15

16   Dated: December 15, 2020            Respectfully submitted,

17

18                                       **KRISTENSEN LLP**

19                                       */s/ John P. Kristensen*

20                                       John P. Kristensen
                                         Jesenia A. Martinez
21                                       Alejandro Marin
                                         ***Attorneys for Plaintiffs***
22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Tuesday, December 15, 2020 a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via CM/ECF upon all participants of record, including the following parties listed below, pursuant to Fed. R. Civ. P. 5:

Steven J. Shapero
**SHAPERO & SHAPERO**
5950 Canoga Avenue, Suite 404
Woodland Hills, California 91367
Email:sshapero@shaperoandshapero.com

*Co-Counsel for Defendants*

Andrea L. Cook
**ANDREA COOK & ASSOCIATES**
555 East Ocean Boulevard, Suite 430
Long Beach, California 90802
Email: alcook@alcooklaw.com
Email: amina@alcooklaw.com

*Co-Counsel for Defendants*

*/s/ John P. Kristensen*
John P. Kristensen