# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HARRIS, et al., <br><br> Plaintiff, <br> vs. <br><br> 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | Case No.: 5:19-cv-02184-JGB-SP <br> 5:21-cv-00397-JGB-SP <br><br> **COLLECTIVE ACTION** <br><br> **ORDER GRANTING STIPULATION TO:** <br><br> **1. CONSOLIDATE THE *HARRIS* AND *SILVA* MATTERS;** <br><br> **2. PROVIDE FURTHER NOTICE TO COLLECTIVE MEMBERS;** <br><br> **3. WITHDRAW DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY THE *SILVA* MATTER [*SILVA* DKT. 22] AND PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE IN THE *HARRIS* MATTER [*HARRIS* DKT. 76; AND** <br><br> **4. AMEND THE SCHEDULING ORDER.** <br><br> NOTE CHANGES MADE BY THE COURT |

**ORDER**

- 1 -

**PLEASE TAKE NOTICE** that the Court has reviewed plaintiffs Rebecca Anspach, Karli Beckett, Caitlynn Boles, Marissa Duran, Rylee Ferguson, Akilah Hammond, Kimberly Ann Hoyer, Mandy Johnson, Shanon Nickols, Vanessa Ruiz, Andjela Suka, Neli Velasquez, Marlene Silva, Mikayla Bellamy and Chellsee Lloyd (collectively "Plaintiffs") and defendants 68-444 Perez, Inc. dba Showgirls, Abdul Wahab Shawkat, and Sahar Shawkat's (collectively "Defendants" and "Showgirls") Stipulation. After review and consideration of the above, the Court **ORDERS** that:

1. The *Harris* Action and the *Silva* Action shall be consolidated for all purposes, including trial; **all future filings shall be made under the lower case number (5:19-cv-2184) and the higher case number (5:21-cv-397) is closed.**

2. Plaintiffs will be able to provide notice in the same manner as the Court authorized on April 23, 2020 to the remaining eligible dancers who were not previously identified for issuance of notice;

3. The corrected list will be provided to Plaintiffs' counsel within 24 hours of issuance of an Order granting this Stipulation and other forms of notice will be complied with in the same manner;

4. The newly-disclosed dancers will have 60 days from the Order granting this Stipulation to provide Plaintiffs' counsel with the consent to opt-in form;

5. No later than 67 days from the entry of the Order granting this Stipulation, Plaintiffs will file a Master Consolidated Complaint with the same currently named three Defendants, and the Plaintiffs in the *Harris* Action will not add any new California causes of action;

6. Defendants' Motion to Dismiss or, in the Alternative, Motion to Stay [*Silva* Dkt. 22] in the *Silva* Action is withdrawn;

7. **Plaintiffs' Motion for an Order to Show Cause re Contempt [*Harris* Dkt. 76] in the *Harris (Case 5:19-cv-02184)* Action is withdrawn;**

///

**ORDER**
- 2 -

8. The Scheduling Order in the *Harris* Action is modified as follows:

| Deadline | Old Date | New Date |
|---|---|---|
| Initial Designation of Expert Witnesses | 6/4/2021 | 9/10/2021 |
| Designation of Rebuttal Witnesses | 6/18/2021 | 9/24/2021 |
| All Discovery Cut Off (including hearing of discovery motions) | 7/30/2021 | 10/27/2021 |
| Dispositive Motion Hearing | 9/27/2021 | 12/13/2021 |
| Last Day to Conduct Settlement Conference | 8/27/2021 | 11/1/2021 |
| Final Pre-Trial Conference | 10/25/2021 at 11:00 a.m. | 1/24/2022 at **11:00 a.m.** |
| Jury Trial | 11/9/2021 at 9:00 a.m. | 2/8/2022 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: June 30, 2021

Honorable Jesus G. Bernal
United States District Judge

**ORDER**
- 3 -