## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HARRIS, *et al.* | ) Case No.: 5:19-cv-02184-JGB-SPx<br>)<br>) **JUDGMENT IN FAVOR OF**<br>) **PLAINTIFF RYLEE FERGUSON**<br>) |
| Plaintiffs,<br>vs. | |
| 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, | |
| Defendants. | |

On September 17, 2021, defendants 68-444 Perez, Inc. and Abdul Wahab Shawkat (collectively, "Defendants") served plaintiff Rylee Ferguson ("Plaintiff" or "Ferguson") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of ONE HUNDRED TWENTY-FIVE THOUSAND U.S. DOLLARS ($125,000), inclusive of costs and attorneys' fees. On September 17, 202, Plaintiff accepted the offer. *See* Dkt. 99.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of of ONE HUNDRED TWENTY-FIVE THOUSAND U.S. DOLLARS ($125,000), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of of ONE HUNDRED TWENTY-FIVE THOUSAND U.S. DOLLARS ($125,000), inclusive of costs and attorneys' fees, with interest at the legal rate of ten percent (10%) per annum from the seven days after the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: December 13, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE