# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HARRIS, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, <br><br> Defendants. | ) Case No.: 5:19-cv-02184-JGB-SPx <br> ) <br> ) **JUDGMENT IN FAVOR OF** <br> ) **PLAINTIFF KARLI BECKETT** <br> ) |

On September 17, 2021, defendants 68-444 Perez, Inc. and Abdul Wahab Shawkat (collectively, "Defendants") served plaintiff Karli Beckett ("Plaintiff" or "Beckett") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FIVE THOUSAND U.S. DOLLARS ($5,000), inclusive of costs and attorneys' fees. On September 17, 202, Plaintiff accepted the offer. *See* Dkt. 101.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of FIVE THOUSAND U.S. DOLLARS ($5,000), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of FIVE THOUSAND U.S. DOLLARS ($5,000), inclusive of costs and attorneys' fees, with interest at the legal rate of ten percent (10%) per annum from the seven days after the date of the entry of this Judgment. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: December 13, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE