# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HARRIS, *et al.* | ) Case No.: 5:19-cv-02184-JGB-SPx |
| Plaintiffs, | ) **JUDGMENT IN FAVOR OF** |
| vs. | ) **PLAINTIFF KATRINA HARRIS** |
| 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; DOE MANAGERS 1-3; and DOES 4-100, inclusive, | ) |
| Defendants. | ) |

On September 3, 2021, defendants 68-444 Perez, Inc. and Abdul Wahab Shawkat (collectively, "Defendants") served plaintiff Katrina Harris ("Plaintiff" or "Harris") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000), plus costs and attorneys' fees. Defendants' Fed. R. Civ. P. 68 Offer of Judgment further specified that the Judgment offered confirms that Plaintiff will be eligible to work at Defendants' club Showgirls in the future on the same terms and conditions as any other dancer, and that no adverse action will be taken or threatened as a result of Plaintiff having brought this claim or the underlying action. *See* Dkt. 103-1.

On September 17, 2021, Plaintiff accepted Defendants' Fed. R. Civ. P. 68 Offer of Judgment. *See* Dkt. 103.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000), plus costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000), plus costs and attorneys' fees, with interest at the legal rate of ten percent (10%) per annum from seven days after the date of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: December 13, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

**JUDGMENT IN FAVOR OF PLAINTIFF KATRINA HARRIS**

- 2 -