1   John P. Kristensen (SBN 224132)
2   Jesenia A. Martinez (SBN 316969)
    **CARPENTER & ZUCKERMAN**
3   8827 W. Century Boulevard
4   Beverly Hills, California 90211
    Telephone: 310-273-1230
5   Facsimile: 310-858-1063
6   *kristensen@cz.law*
    *jmartinez@cz.law*
7

8   Jarrett L. Ellzey (*Pro Hac Vice*)
    Leigh S. Monthgomery (*Pro Hac Vice*)
9   Ghazzaleh Rezazadeh (*Pro Hac Vice*)
10  **ELLZEY & ASSOCIATES, PLLC**
    1105 Milford Street
11  Houston, Texas 77006
12  *jarrett@ellzeylaw.com*
    *leigh@ellzeylaw.com*
13  *ghazzaleh@ellzeylaw.com*
14
    *Attorneys for Plaintiffs*
15
            **THE UNITED STATES DISTRICT COURT**
16      **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

17  REBECCA ANSPACH, *et al.*,        ) Case No.: 5:19-cv-02184-JGB-SP
18                                    )
                                      )
19               Plaintiff,           ) **COLLECTIVE ACTION**
        vs.                           )
20                                    ) **PLAINTIFFS' NOTICE OF**
21  68-444 PEREZ, INC.  dba           ) **WITHDRAWAL OF MOTION**
    SHOWGIRLS, a California           ) **FOR PARTIAL SUMMARY**
22  Corporation; ABDUL WAHAB          ) **JUDGMENT** **WITHOUT**
    SHAWKAT, an individual; SAHAR     ) **PREJUDICE** **PENDING**
23  SHAWKAT, an individual; DOE       ) **SETTLEMENT APPROVAL**
    MANAGERS 1-3; and DOES 4-10,      )
24  inclusive,                        )
                                      ) **Hearing**
25                                    ) Date:   January 24, 2022
26               Defendants.          ) Time:  9:00 a.m.
                                      )
27                                    ) Trial Date: February 8, 2022
28

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Rebecca Anspach, Marissa Duran, Akilah Hammond, Kimberly Ann Hoyer, Mandy Johnson, Shanon Nuckols, Vanessa Ruiz, Andjela Suka, Neli Velasquez, Marlene Silva, Mikayla Bellamy, and Chellsee Lloyd (collectively, "Plaintiffs") hereby withdraw their Motion for Partial Summary Judgment (the "Motion") [Dkt. 112] without prejudice per the Notice of Settlement [Dkt. 119] filed on December 1, 2021.

Dated: January 21, 2022                  Respectfully submitted,

                                        **CARPENTER & ZUCKERMAN**

                                        */s/ John P. Kristensen*
                                        John P. Kristensen
                                        Jesenia A. Martinez
                                        ***Attorneys for Plaintiffs***

CZ | CARPENTER & ZUCKERMAN

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Friday, January 21, 2022 a true and correct copy of the attached **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE PENDING SETTLEMENT APPROVAL** was served via CM/ECF upon all participants of record, including the following parties listed below, pursuant to Fed. R. Civ. P. 5:

Devon M. Lyon
**LYON LEGAL, P.C.**
2698 Junipero Avenue, Suite 201A
Signal Hill, California 90755
Email: d.lyon@lyon-legal.com

*Counsel for Defendants*

 

*/s/ John P. Kristensen*
John P. Kristensen