1
2
3
4
5
6
7
8
9

**THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11 KATRINA HARRIS, *et al.*　　　　) Case No.: 5:19-cv-02184-JGB-SPx
　　　　　　　　　　　　　　　　)
12 　　　　　　　　Plaintiffs,　　　) **COLLECTIVE ACTION**
　　　　　　　　　　　　　　　　)
13 　　　　vs.　　　　　　　　　　)
　　　　　　　　　　　　　　　　) **JUDGMENT IN FAVOR OF**
14 68-444 PEREZ, INC. dba　　　　) **MARISSA DURAN PURSUANT TO**
15 SHOWGIRLS, a California　　　　) **STIPULATION**
corporation; ABDUL WAHAB　　)
16 SHAWKAT, an individual; SAHAR )
17 SHAWKAT, an individual; DOE　)
MANAGERS 2-3; and DOES 4-　　)
18 100, inclusive,　　　　　　　　)
19 　　　　　　　　Defendants.　　)
　　　　　　　　　　　　　　　　)
20 _____ )

21　　　　Based on the record before it, the Court finds that there is no just cause for

22 delay in the entry of a final judgment in favor of plaintiff Marissa Duran and

23 against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat.

24 Accordingly,

25　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

26 judgment is entered in favor of plaintiff Marissa Duran and against defendants

27 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat jointly and

28 severally in the **AMOUNT OF ONE HUNDRED TWENTY FIVE**

1  **THOUSAND DOLLARS ($125,000)**, minus $51,569.51 for the amounts paid

2  for a **TOTAL AMOUNT OF SEVENTY-THREE THOUSAND, FOUR**

3  **HUNDRED AND THIRTY U.S. DOLLARS WITH FORTY-NINE CENTS**

4  **($73,430.49)**, plus plaintiff Marissa Duran's attorneys' fees and costs incurred, in

5  connection with the entry and enforcement of this Judgment.

6          As stipulated by and between plaintiff Marissa Duran and against

7  defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat, this

8  judgment shall not, and does not, have limitation, or operate as a bar, to collect

9  any additional amounts due or to take further legal action to enforce the

10  agreement and this judgment.

11

12  Dated:  October 5, 2022    _____

13                               Honorable Jesus G. Bernal

14                               United States District Judge