1

2

3

4

5

6

7

8

9

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11 KATRINA HARRIS, *et al.*                    ) Case No.: 5:19-cv-02184-JGB-SPx
                                              )
12              Plaintiffs,                   ) **COLLECTIVE ACTION**
                                              )
13     vs.                                    )
                                              )
14 68-444 PEREZ, INC. dba                    ) **JUDGMENT IN FAVOR OF**
   SHOWGIRLS, a California                    ) **MIKAYLA BELLAMY PURSUANT**
15 corporation; ABDUL WAHAB                   ) **TO STIPULATION**
   SHAWKAT, an individual; SAHAR             )
16 SHAWKAT, an individual; DOE               )
   MANAGERS 2-3; and DOES 4-                  )
17 100, inclusive,                            )
                                              )
18              Defendants.                   )
                                              )
19                                            )
                                              )
20 _____              )

21        Based on the record before it, the Court finds that there is no just cause for

22 delay in the entry of a final judgment in favor of plaintiff Mikayla Bellamy and

23 against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat.

24 Accordingly,

25        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

26 judgment is entered in favor of plaintiff Mikayla Bellamy and against defendants

27 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat jointly and

28 severally in the **AMOUNT OF SIXTY FIVE THOUSAND DOLLARS**

**($65,000)**, minus $26,816.14 for the amounts paid for a **TOTAL AMOUNT OF THIRTY-EIGHT THOUSAND, ONE HUNDRED AND EIGHTY-THREE U.S. DOLLARS WITH EIGHTY-SIX CENTS ($38,183.86)**, plus plaintiff Mikayla Bellamy's attorneys' fees and costs incurred, in connection with the entry and enforcement of this Judgment.

As stipulated by and between plaintiff Mikayla Bellamy and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat, this judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated:  October 5, 2022

_____

Honorable Jesus G. Bernal
United States District Judge