# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATRINA HARRIS, *et al.* | Case No.: 5:19-cv-02184-JGB-SPx |
| Plaintiffs, | **COLLECTIVE ACTION** |
| vs. | |
| 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; SAHAR SHAWKAT, an individual; DOE MANAGERS 2-3; and DOES 4-100, inclusive, | **JUDGMENT IN FAVOR OF KIMBERLY HOYER PURSUANT TO STIPULATION** |
| Defendants. | |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Kimberly Hoyer and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Kimberly Hoyer and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat jointly and severally in the **AMOUNT OF EIGHTY THOUSAND DOLLARS ($80,000),**

minus $33,004.48 for the amounts paid for a **TOTAL AMOUNT OF FORTY-SIX THOUSAND NINE HUNDRED AND NINETY-FIVE U.S. DOLLARS WITH FIFTY-TWO CENTS ($46,995.52)**, plus plaintiff Kimberly Hoyer's attorneys' fees and costs incurred, in connection with the entry and enforcement of this Judgment.

As stipulated by and between plaintiff Kimberly Hoyer and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat, this judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated: October 5, 2022

_____
Honorable Jesus G. Bernal
United States District Judge