# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATRINA HARRIS, *et al*.<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; SAHAR SHAWKAT, an individual; DOE MANAGERS 2-3; and DOES 4-100, inclusive,<br>　　　　Defendants. | Case No.: 5:19-cv-02184-JGB-SPx<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF CHELLSEE LLOYD PURSUANT TO STIPULATION** |

　　Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Chellsee Lloyd and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat. Accordingly,

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Chellsee Lloyd and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat jointly and severally in the **AMOUNT OF SEVENTY-FIVE THOUSAND U.S.**

**DOLLARS ($75,000)**, minus $30,941.70 for the amounts paid for a **TOTAL AMOUNT OF FORTY-FOUR THOUSAND AND FIFTY-EIGHT U.S. DOLLARS WITH 30 CENTS ($44,058.30)**, plus plaintiff Chellsee Lloyd's attorneys' fees and costs incurred, in connection with the entry and enforcement of this Judgment.

    As stipulated by and between plaintiff Chellsee Lloyd and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat, this judgment shall not, and does not, have limitation, or operate as a bar, to collect any additional amounts due or to take further legal action to enforce the agreement and this judgment.

Dated: October 5, 2022

                                    Honorable Jesus G. Bernal
                                    United States District Judge