1
2
3
4
5
6
7
8

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATRINA HARRIS, *et al.* | ) Case No.: 5:19-cv-02184-JGB-SPx |
| Plaintiffs, | ) **<u>COLLECTIVE ACTION</u>** |
| vs. | ) |
| 68-444 PEREZ, INC. dba SHOWGIRLS, a California corporation; ABDUL WAHAB SHAWKAT, an individual; SAHAR SHAWKAT, an individual; DOE MANAGERS 2-3; and DOES 4-100, inclusive, | ) **JUDGMENT IN FAVOR OF ALEXANDRA MANTIKAS PURSUANT TO STIPULATION** |
| Defendants. | ) |

Based on the record before it, the Court finds that there is no just cause for delay in the entry of a final judgment in favor of plaintiff Alexandra Mantikas and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff Alexandra Mantikas and against defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat jointly and severally in the **AMOUNT OF FIFTEEN THOUSAND U.S. DOLLARS**

1  **($15,000)**, minus $6,188.34 for the amounts paid for a **TOTAL AMOUNT OF**

2  **EIGHT THOUSAND EIGHT HUNDRED AND ELEVEN U.S. DOLLARS**

3  **WITH SIXTY-SIX CENTS ($8,811.66)**, plus plaintiff Alexandra Mantikas's

4  attorneys' fees and costs incurred, in connection with the entry and enforcement

5  of this Judgment.

6       As stipulated by and between plaintiff Alexandra Mantikas and against

7  defendants 68-444 Perez, Inc. dba Showgirls and Abdul Wahab Shawkat, this

8  judgment shall not, and does not, have limitation, or operate as a bar, to collect

9  any additional amounts due or to take further legal action to enforce the

10  agreement and this judgment.

11

12    Dated:  October 5, 2022

13                 Honorable Jesus G. Bernal

14                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT IN FAVOR OF ALEXANDRA MANTIKAS PURSUANT TO STIPULATION**
**-2-**